AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Kenon Roderick Ontel Stevens,<br>*Plaintiff,*<br>v.<br>Luther Brown, Agent of Dorchester County PPP;<br>Progressive, Dorchester County PPP insurance Co.;<br>Unknown Officer, Agent of Orangeburge County<br>PPP; Doctor Wimberly, Doctor of SHP DCDC;<br>Captain Van Doran, Captain of DCDC; Progressive,<br>Car involved ins. co., all sued individually and<br>officially,<br>*Defendants,* | Civil Action No.   0:13-cv-02199-JMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Kenon Roderick Ontel Stevens, shall take nothing of the defendant; Progressive, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

■ other: the plaintiff, Kenon Roderick Ontel Stevens, shall take nothing of the defendants, Luther Brown, Unknown Officer, Doctor Wimberly, and Captain Van Doran, as to the complaint filed pursuant to 42 U.S.C. §1983 and this action is dismissed with prejudice pursuant to FRCP 41.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which dismissed Progressive without prejudice.

■ decided by the Honorable J. Michelle Childs, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which dismissed the case with prejudice as to defendants Luther Brown, Unknown Officer, Doctor Wimberly, and Captain Van Doran.

Date:   April 15, 2014                                                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                          s/A. Buckingham
                                                                                                       _____
                                                                                                       *Signature of Clerk or Deputy Clerk*